# DAVID J. DOYAGA, SR.
## ATTORNEYS AT LAW
SUITE 1601
26 COURT STREET
BROOKLYN, NEW YORK 11242
(718) 488-7500

January 23, 2020

ECF FILING

      Re:    Rocco DeMara, Debtor
             Case No.19-23531-shl

Your Honor:

    I represent the above- referenced Debtor. The Debtor has no opposition to the Motion for Relief from Stay regarding the 2017 Cadillac XT5AWD filed by Martin A. Mooney on behalf of ACAR Leasing LTD dba GM Financial Leasing (ECF Doc. No. 19).
    Thank you.

Very truly yours,

S/David J. Doyaga, Sr.
David J. Doyaga, Sr.

cc: Martin A. Mooney, Esq.