

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

January 24, 2020

Chambers, Hon. Sean H. Lane
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Rocco DeMara
Case No. 19-23531-shl
Loan No. ....4929

Dear Hon. Sean H. Lane,

    Please allow this letter to serve as a written status report, submitted on behalf of Rushmore Loan Management Services, LLC (the "Secured Creditor") pursuant to the Southern District of New York Loss Mitigation Program Procedures.

    This Firm filed a Creditor Loss Mitigation Affidavit seeking loss mitigation documents on November 8, 2019 as docket #18. This Firm has not received any documents to date.

    As a result, the Secured Creditor respectfully requests that loss mitigation be terminated.

    If there are any questions, please feel free to contact me directly at 716-253-6218.

Very truly yours,

By: /s/: Nicholas J. Bebirian, Esq.
Attorney

cc. ECF and Email
David J. Doyaga, Esq.