# DAVID J. DOYAGA

## ATTORNEYS AT LAW
### SUITE 1601
### 26 COURT STREET
### BROOKLYN, NEW YORK 11242
### (718) 488-7500

January 24, 2020

**VIA ECF**

Chambers of the Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:   Rocco DeMara
            Case No.  19-23531-shl
            Loan Ending:  4929

Dear Judge Lane:

      Please accept this letter as a status report submitted on behalf of Rocco DeMara, the Debtor pursuant to the Southern District of New York Loss Mitigation Program Procedures.

      This morning, I emailed Nicholas J. Bebirian, attorney for Rushmore Loan Management Services, LLC, the completed loan modification application.

      Therefore, I am requesting an extension of the loss mitigation.  Thank you.

                    /s/David J. Doyaga, Sr.
                    David J. Doyaga, Sr.

cc:   Krista Preuss, Chapter 13 Trustee

.