UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

Rocco DeMara

Chapter: 13
Case No.: 19-23531-shl

Debtor.

**CREDITOR LOSS MITIGATION AFFIDAVIT SETTING FORTH INFORMATION NEEDED AFTER INITIAL SUBMISSION**

STATE OF NEW YORK            )

COUNTY OF NASSAU             )

I, Nicholas J. Bebirian, Esq., am an attorney duly admitted to practice law in this Court, and am an attorney associated with the law firm of Gross Polowy, LLC counsel to Rushmore Loan Management Services, LLC. I hereby state as follows based on information provided by loss mitigation representatives of Rushmore Loan Management Services, LLC:

1. Upon review of the recently submitted financial documents for loss mitigation review, Rushmore Loan Management Services, LLC has determined the following documents must be submitted to continue reviewing the Debtors for a potential loan modification:

   - Please provide most recent 1month paystubs for Rocco & Tyra;
   - please provide most recent 1month bank statement for Rocco & Tyra;
   - please provide a copy of 2018 tax returns for Rocco;
   - please provide proof of funds for down payment.

2. It is advised that the Secured Creditor reserves the right to request additional documentation based

upon further review of the information received.

DATED: January 30, 2020
Westbury, New York

By: _____
Nicholas J. Bebirian, Esq.
Gross Polowy, LLC
Attorneys for Secured Creditor
Rushmore Loan Management
Services, LLC
900 Merchants Concourse, Suite 201
Westbury, New York 11590
Telephone 716-253-6218

Sworn to before me this 30th
day of January, 2020.

_____
Notary Public

BRIAN D. GOLDBERG
Notary Public, State of New York
No. 02GO6181534
Qualified in Nassau County
Commission Expires February 26, 2023